# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2109
_____

BEULAH FARQUHARSON,

    Appellant,

    v.

WILLIAM WASHINGTON; and
HEATH DRIGGERS, Supervisor of
Elections for Madison County,
Florida,

    Appellees.

_____

On appeal from the Circuit Court for Madison County.
Melissa G. Olin, Judge.

March 19, 2025

PER CURIAM.

The court dismisses the appeal as moot. Likewise, the court denies all pending motions as moot.

RAY, WINOKUR, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Beulah Farquharson, pro se, Appellant.

George T. Reeves of Davis, Schnitker, Reeves & Browning, P.A., Madison, and Adam L. Morrison of Sellers, Taylor & Morrison, P.A., Live Oak, for Appellees.